# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**AJAY SOOD,**

    **Plaintiff,**

**v.**              Case No. 22-2058-DDC

**BRANDON BATES,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendant shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 79) filed on August 1, 2023.**

|  |  |
|---|---|
|  08/01/2023  <br> Date | SKYLER B. O'HARA <br> CLERK OF THE DISTRICT COURT <br><br> by:  s/ Megan Garrett  <br>     Deputy Clerk |